Marvin Gaye ROBINSON,
Plaintiff—Appellant,

v.

G.M. HINKLE, Chief Warden; T. Mills, c/o Security; Hitch, c/o Security; Banks, Sergeant; B. Hairston, c/o Security; Robin Hulbert, Director Mental Health; Gene M. Johnson, Director Department of Corrections, Defendants—Appellees.

No. 10–7298.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 20, 2011.

Marvin Gaye Robinson, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Gaye Robinson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Hinkle*, No. 1:10–cv–00550–LO–TRJ (E.D. Va. filed July 27, 2010 & entered July 28, 2010). We deny Robinson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*